**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RAKHMATILLO ABDURAIMOVICH FOZILOV, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) | Case No. CIV-26-216-R |
| ROBERT CERNA, et al., | ) ) ) | |
| Respondents. | ) | |

## JUDGMENT

Pursuant to the Order entered this same date, the Court grants Petitioner's habeas petition in part. Respondents are directed to provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a).

ENTERED this 17th day of March, 2026.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1